UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ROBBINS,

    Plaintiff,

v.                                           Case No. 11-CV-15140-DT

JOHN PAYNE, ET, AL.,,

    Defendants.
                                /

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

      This matter was referred to United States Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. In his July 9, 2012 report, the Magistrate Judge recommends that this court deny Plaintiff's Motion for Preliminary Injunction, [Doc. #3].

      On July 24, 2012, plaintiff filed his objections to the Magistrate Judge's report and recommendation. A reply has been filed by the defendants on July 30, 2012.

      Having reviewed the file, the report and recommendation and the objections by plaintiff, the court concludes that the findings and conclusions of the Magistrate Judge are correct and ADOPTS the same for purposes of this order.

      IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion for Preliminary Injunction is **DENIED.**

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: August 20, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 20, 2012, by electronic and/or ordinary mail.

                                             S/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522