UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ROBBINS,

       Plaintiff,                                         No. 11-15140

v.                                                    District Judge Robert H. Cleland
                                                         Magistrate Judge R. Steven Whalen

JOHN PAYNE, ET AL.,

       Defendants.
_____/

## ORDER

      Plaintiff's motion for enlargement of time to file dispositive motions [Doc. #42] is hereby GRANTED. The extension of time will be granted to all parties.

      The cut-off date for all dispositive motions is extended to AUGUST 30, 2013.

      IT IS SO ORDERED.

                                                     s/R. Steven Whalen
                                                     R. STEVEN WHALEN
                                                     UNITED STATES MAGISTRATE JUDGE

Date: July 1, 2013

I hereby certify that a copy of the foregoing document was sent to parties of record on July 1, 2013, electronically and/or by U.S. Mail.

                                                   s/Michael Williams
                                                   Relief Case Manager for the Honorable
                                                   R. Steven Whalen