**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL ROBBINS,

       Plaintiff,

v.                                       Case No: 11-CV-15140-DT

JOHN PAYNE, ET AL.,

       Defendants.

_____/

## JUDGMENT

      In accordance with the court's "Order Adopting Magistrate Judge's Report and Recommendation and Granting Defendants' Motion for Summary Judgment" entered this date,

      **IT IS ORDERED AND ADJUDGED** that judgment is entered for Defendants and against Plaintiff and the complaint be, and the same hereby is **DISMISSED**.

      Dated at Detroit, Michigan, this 26th day of September 2014.

                                  DAVID J. WEAVER
                                  CLERK OF THE COURT

                                  BY: s/Lisa Wagner
                                  Case Manager to
                                  Judge Robert H. Cleland